UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEPHEN GIANNAROS,                              :

        Plaintiff,                    :    Civil Action
                                        No. 21-10347-WGY
   v.                                            :

DELL TECHNOLOGIES INC.,                         :

        Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT DELL TECHNOLOGIES INC.'S
## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dell Technologies Inc. hereby states that it has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated:  March 17, 2021                                    Respectfully submitted,
        Boston, Massachusetts

                                                                */s/ Kurt Wm. Hemr*
                                                                James R. Carroll (BBO# 554426)
                                                                Kurt Wm. Hemr (BBO #638742)
                                                                 Yaw A. Anim (BBO #569512)
                                                                 SKADDEN, ARPS, SLATE,
                                                                     MEAGHER & FLOM LLP
                                                               500 Boylston Street
                                                                Boston, Massachusetts 02116
                                                               (617) 573-4800
                                                                james.carroll@skadden.com
                                                                kurt.hemr@skadden.com
                                                                yaw.anim@skadden.com

                                                                *Counsel for Defendant*
                                                                *Dell Technologies Inc.*