UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

STEPHEN GIANNAROS
Plaintiff

                                      CIVIL ACTION
                                      NO. 1:21cv10347-WGY

V.

DELL TECHNOLOGIES, INC.
Defendant

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, DJ**

      The Court having been advised on June 7, 2021 that the above-entitled action has been settled:

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                   By the Court,

June 7, 2021                                    /s/ Matthew A. Paine
Date                                                Deputy Clerk